IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRODRICK DAILEY, #193 638, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:15cv-930-WHA |
| | ) |
| TRINA SANDERS WILLIAMS, | ) (WO) |
| | ) |
| Respondent. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #4), entered on January 6, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

   1.  The § 1983 claims against the Defendant are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

   2.  To the extent Plaintiff's claims seek to challenge the constitutionality of the conviction and sentence imposed upon him by the Circuit Court for Montgomery County, Alabama, such claims are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) as they are not properly before the court at this time.

   3.  This complaint is DISMISSED prior to service of process.

   4.  Final Judgment will be entered accordingly.

DONE this 28th day of January, 2016.

/s/     W. Harold Albritton  
W. HAROLD ALBRITTON  
SENIOR UNITED STATES DISTRICT JUDGE